IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:15-cr-54-1FL

UNITED STATES OF AMERICA

v.

HAKEEM JOHNSON,
                        Defendant.

**ORDER ON CONSENT
MOTION TO CONTINUE ARRAIGNMENT
AND TRIAL AND AMEND SCHEDULIG
ORDER TO EXTEND PRETRIAL MOTION
DEADLINES**

This matter comes before the Court on the Defendant's unopposed Motion to Continue Arraignment and Trial and Amend Scheduling Order to Extend Pretrial Motion Deadlines. Upon good cause shown, it is hereby ORDERED that an extension of time to file any and all pretrial Motions is GRANTED. The defendant shall be allowed through and including ___March 1, 2016_____ to file said motions.

Responses to motion shall be due by __March 18, 2016_____.

For good cause shown, Defendant's Consent Motion to Continue Arraignment and Trial is hereby GRANTED and it is hereby ORDERED that the arraignment and trial in this matter is continued until __the April 12, 2016_____term of Court at __New Bern_____, NC.

This Court has determined that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 316(h)(7)(A) for the reasons that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

THIS __13th__ day of January 2016.

_Louise W. Flanagan_

_____
**LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE**