IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:15-cr-54-1FL

| UNITED STATES OF AMERICA | ORDER ON CONSENT MOTION TO CONTINUE ARRAIGNMENT AND TRIAL AND AMEND SCHEDULIG ORDER TO EXTEND PRETRIAL MOTION DEADLINES |
|---|---|
| v. | |
| HAKEEM JOHNSON, Defendant. | |

This matter comes before the Court on the Defendant's unopposed Motion to Continue Arraignment and Trial and Amend Scheduling Order to Extend Pretrial Motion Deadlines. Upon good cause shown, it is hereby ORDERED that an extension of time to file any and all pretrial Motions is GRANTED. The defendant shall be allowed through and including August 4, 2016 to file said motions.

Responses to motion shall be due by August 22, 2016.

For good cause shown, Defendant's Consent Motion to Continue Arraignment and Trial is hereby GRANTED and it is hereby ORDERED that the arraignment and trial in this matter is continued until September 13, 2016 term of Court at New Bern, NC.

This Court has determined that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 316(h)(7)(A) for the reasons that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

THIS 30th day of July 2016.

*[signature]*

LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE