IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:15-cr-54-1FL

| UNITED STATES OF AMERICA | ORDER ON CONSENT |
| v. | MOTION TO RESET |
| HAKEEM JOHNSON, Defendant. | ARRAIGNMENT AND TRIAL |

This matter comes before the Court on the Defendant's unopposed Motion to Reset Arraignment and Trial. Upon good cause shown, it is hereby ORDERED that the arraignment and trial in this matter is reset to Thursday, August 18, 2016 at 9:30 a.m. at New Bern, NC.

This Court has determined that any delay that results from this reset is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 316(h)(7)(A) for the reasons that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

THIS __2nd__ day of August 2016.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE