**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

**NO. 7:15-CR-54-FL**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**HAKEEM JOHNSON** | **ORDER** |

Upon consideration of the Second Amended Motion for Revocation [D.E. 118], Hakeem Johnson's knowing and voluntary waiver of a hearing on the same, and the parties' joint motion for a revocation sentence of 12 months and one day of imprisonment, and for good cause shown, the Court hereby **GRANTS** the parties' joint motion.

Based on Johnson's no contest plea to Violation 1 and the Government's uncontested factual proffer as to Violation 1, the Court finds as a fact that he has violated the terms and conditions of the judgment as follows:

- Violation 1: Criminal Conduct (Grade B)

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months and one day, with no supervision to follow

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order and same shall serve as the commitment herein.

This, the 28th day of August, 2026.

LOUISE W. FLANGAN
United States District Judge